IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        *Plaintiff*,<br><br>v.<br><br>SCOTT A. ROSKOVSKI,<br><br>        *Defendant*. | Criminal No. 2:19-cr-106 - 2<br><br>Hon. William S. Stickman IV |

## ORDER OF COURT

AND NOW, this 3rd day of May 2021, IT IS HEREBY ORDERED that Defendant Scott A. Roskovski's second Motion to Withdraw Guilty Plea (ECF No. 164) is DENIED.

BY THE COURT:

/s/ William S. Stickman IV
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE